**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEE ELBAZ, a/k/a "Lena Green,"<br><br>Defendant. | Criminal Action No. TDC-18-0157 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LIORA WELLES, a/k/a "Lindsay Cole," a/k/a "Lindsay Taylor,"  a/k/a "Lindsay Wells,"<br><br>Defendant. | Criminal Action No. TDC-18-613 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YAIR HADAR, a/k/a "Steven Gold,"<br><br>Defendant. | Criminal Action No. TDC-19-108 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHIRA UZAN, a/k/a "Emily Laski,"<br><br>Defendant. | Criminal Action No. TDC-18-608 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AUSTIN SMITH, a/k/a "John Ried,"<br><br>Defendant. | Criminal Action No. TDC-19-87 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LISSA MEL, a/k/a "Monica Sanders,"<br><br>Defendant. | Criminal Action No. TDC-18-571 |

**ORDER**

AND NOW, upon consideration of Motion by the United States for Additional Time to Identify Victims for Purposes of Restitution, it is hereby **ORDERED** that the Government's

Motion is **GRANTED**.  The government is **ORDERED** to provide a restitution schedule by November 7, 2019.

Dated:

                BY THE COURT:

                _____
                **HONORABLE THEODORE D. CHUANG**
                *Judge, United States District Court*